In re: Boyd Mitchell and his wife, Mrs. Mollie Irene Mitchell, applying for certio-

rari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Morehouse. 160 So.2d 253.

The application is denied. According to the facts of this case as found to be by the Court of Appeal, the judgment complained of is correct.

162 So.2d 13

### STATE of Louisiana

v.

### Walter W. EAST.

No. 47184.

March 31, 1964.

In re: Walter W. East applying for writs of certiorari, mandamus and prohibition.

The application is denied. There is no merit to the alleged errors complained of.

162 So.2d 13

### Eldred J. PATERNOSTRO

v.

### NEW ORLEANS POLICE DEPARTMENT.

No. 47168.

March 31, 1964.

Court of Appeal, Fourth Circuit. 159 So. 2d 714.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.